**J. GILL LAW GROUP, P.C.**
Jasmin K. Gill (SBN 315090)
Sacha Pomares (SBN 337642)
515 South Flower Street, Suite 1800
Los Angeles, California 90071
Tel: (213) 459-6023; Fax: (310) 728-2137

**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (SBN 287811)
Jeffrey D. Klein (SBN 297296)
8484 Wilshire Boulevard, Suite 500
Beverly Hills, California 90211
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, JESUS OROZCO, an individual and on behalf of all others similarly situated,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS OROZCO, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIGHGATE HOTELS, L.P., a Delaware limited partnership, doing business as "The Westin Long Beach"; HCI 333 EAST OCEAN OWNER LP, a Delaware limited partnership; HCI 333 EAST OCEAN OWNER GP LLC, Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:23-CV-07485-TJH-SK<br><br>[*Assigned to District Judge Terry J. Hatter, Jr. and Magistrate Judge Steve Kim*]<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY THE ACTION AND EXTEND ALL DEADLINES**<br><br>State Action Filed: July 20, 2023<br>Removal Date: September 8, 2023<br><br>*(Los Angeles County Superior Court, Case No.: 23STCV17104)*<br><br>Trial Date: None Set |

Law Offices of
J. GILL LAW GROUP
A Professional Corporation
515 South Flower Street Suite 1800
Los Angeles, California 90071
(213) 459-6023

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION AND EXTEND ALL DEADLINES

Plaintiff JESUS OROZCO ("Plaintiff") and Defendants HIGHGATE HOTELS, L.P., doing business as "The Westin Long Beach"; HCI 333 EAST OCEAN OWNER LP; and HCI 333 EAST OCEAN OWNER GP LLC (collectively "Defendants", and collectively with Plaintiff, the "Parties") submit this Stipulation and [Proposed] Order to Stay the Action and Extend All Deadlines:

WHEREAS, on July 20, 2023, Plaintiff filed a wage-and-hour class action against Defendants Highgate Hotels, L.P., doing business as "The Westin Long Beach", HCI 333 East Ocean Owner LP, and HCI 333 East Ocean Owner GP LLC (collectively "Defendants");

WHEREAS, on September 8, 2023, Defendants filed their Notice of Removal in this matter;

WHEREAS, on October 10, 2023, Plaintiff filed a Motion to Remand this case to State Court, which is presently scheduled to be heard on November 20, 2023 (Docket No. 9) (the "Motion to Remand");

WHEREAS, according to the Court's October 24, 2023 Order Setting Final Pre-Trial Conference and Referring Discovery (Docket No. 10), a scheduling conference in this matter has not been scheduled.

WHEREAS, on March 28, 2024, pursuant to a stipulation between the parties and the Court's corresponding Order to Stay the Action and Extend All Deadlines (Docket No. 17), this matter was stayed until August 1, 2024.

WHEREAS, at this juncture, the parties have agreed to a further stay in this matter while the Parties resolve any outstanding issues, including the scope of the alleged related cases and the potential overlap of the claims alleged in Plaintiff's Action with any other class actions against Defendants.

WHEREAS, in order to preserve the Parties' finite resources while they attempt to resolve outstanding issues, in the interest of judicial economy, for good cause, and to avoid prejudice to the Parties, the Parties agree that this case should be stayed in its

entirety until January 6, 2025, Plaintiff's Motion to Remand should be continued to January 20, 2025 with Plaintiff's deadline to file a Reply to be reset and tied to the new hearing date on Plaintiff's Motion to Remand, and all other currently pending and/or scheduled deadlines, dates, and events should be vacated and continued until at least January 20, 2025, or a date thereafter that is convenient for the Court;

WHEREAS, should this stay be terminated or the stay lifted for any reason, the Parties shall be returned to the status quo as of the date this stipulation is fully executed except for any dates and deadlines which are reset pursuant to the Court's Order to Stay Action and Extend All Deadlines as it relates to this Stipulation;

WHEREAS, the Parties agree to cooperate to the extent necessary to effectuate and implement all terms and conditions of this Stipulation, and to exercise their best efforts to accomplish the terms and conditions of this Stipulation.

**IT IS SO STIPULATED:**

DATED: July 23, 2024            J. GILL LAW GROUP, P.C.

                                By:    */s/ Jasmin K. Gill*
                                       JASMIN K. GILL
                                       SACHA POMARES
                                       Attorneys for Plaintiff, JESUS
                                       OROZCO, on behalf of himself and all
                                       others similarly situated

DATED: July 23, 2024            BALLARD ROSENBERG GOLPER &
                                SAVITT, LLP

                                By:    */s/ David Fishman*
                                       DAVID FISHMAN
                                       JESSICA A. GOMEZ
                                       Attorneys for Defendants, HIGHGATE
                                       HOTELS, L.P., HCI 333 EAST
                                       OCEAN OWNER, LP, and HCI 333
                                       EAST OCEAN OWNER GP, LLC

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, the Stipulation to Stay this Action and Extend All Deadlines is hereby approved and the Court ORDERS as follows:

1. The entirety of this Action, Case No. 2:23-CV-07485-TJH-SK, is stayed until January 6, 2025.

2. Plaintiff's Motion to Remand is continued to January 20, 2025 at _____ in Courtroom 9C of the above-entitled Court, and all dates to meet and confer under Fed. R. Civ. P. 26 and Local Rule 16 are extended per Local Rules.

3. Plaintiff's deadline to file a Reply in support of Plaintiff's Motion to Remand is extended from August 1, 2024 to January 6, 2025.

4. All other pending and/or scheduled deadlines, dates and events in this Action, Case No. 2:23-CV-07485-TJH-SK, are vacated and continued to January 20, 2025.

**IT IS SO ORDERED:**

DATED: _____, 2024

District Judge Terry J. Hatter, Jr.
Magistrate Judge Steve Kim

1
STIPULATION AND [PROPOSED] ORDER TO STAY ACTION AND EXTEND ALL DEADLINES

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney with J. Gill Law Group, P.C. and that on this 23rd day of July 2024, I caused to be sent via this Court's ECF system, a true and correct copy of the above and foregoing document, **STIPULATION AND [PROPOSED] ORDER TO STAY THE ACTION AND EXTEND ALL DEADLINES; [PROPOSED] ORDER** to the following:

David Fishman
Jessica A. Gomez
BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, Eighteenth Floor
Encino, California 91436
Email: dfishman@brgslaw.com
Email: jgomez@brgslaw.com

David D. Bibiyan
Jeffrey D. Klein
BIBIYAN LAW GROUP, P.C.
8484 Wilshire Boulevard, Suite 500
Beverly Hills, California 90211
Email: david@tomorrowlaw.com
Email: jeff@tomorrowlaw.com

By: */s/ Jasmin K. Gill*
    Jasmin K. Gill

J. Gill Law Group,
*A Professional Corporation*
515 South Flower Street,
Suite 1800
Los Angeles, California 90071
(213) 459-6023

CERTIFICATE OF SERVICE